## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STEFANI ROSSI REO** <br> 7143 Rippling Brook Lane <br> Mentor, OH 44060 <br><br>    Plaintiff, <br> v. <br> **MIDLAND CREDIT MANAGEMENT** <br> 2365 North Side Drive <br> Suite 300 <br> San Diego, CA 92018 <br>   Defendant. | Case No. 1:18-cv-01544-JG <br><br> Hon. James S. Gwin |

| | |
|---|---|
| **REO LAW, LLC** <br> By: Bryan Anthony Reo (#0097470) <br> P.O. Box 5100 <br> Mentor, OH 44061 <br> (Business): (216) 505-0811 <br> (Mobile): (440) 313-5893 <br> (E): Reo@ReoLaw.org <br> *Attorney for Stefani Rossi Reo* | **DINSMORE & SHOHL LLP** <br> By: Alicia Bond-Lewis (0087437) <br> 255 East Fifth Street, Suite 1900 <br> Cincinnati, OH 45202 <br> (Phone): (513) 977-8200 <br> (Fax): (513) 977-8141 <br> (E): Alicia.bond-lewis@dinsmore.com <br> *Attorney for Midland Credit Management* |

## NOTICE OF JURY DEMAND PURSUANT TO FRCP 38

Plaintiff Stefani Rossi Reo, via the undersigned attorney, respectfully provides her Notice of Jury Demand Pursuant to F.R.C.P 38 as to all factual issues triable by a jury.

          RESPECTFULLY SUBMITTED,

          /s/ BRYAN ANTHONY REO_____
          **REO LAW LLC**
          By: Bryan Anthony Reo (#0097470)
          P.O. Box 5100
          Mentor, OH 44061
          (Business): (216) 505-0811
          (Mobile): (440) 313-5893
          (E): Reo@ReoLaw.org
          *Attorney for Stefani Rossi Reo*

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on July 12, 2018, which should serve said document upon all attorneys of record for the instant civil action:

    /s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By: Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for Stefani Rossi Reo*